# DEPARTMENT EXHIBIT B



**Southwest Regional Office**

Hazardous Sites Cleanup Program

RESPONSE TO PUBLIC COMMENTS
Pool Doctor – Beaver Alkali Products
Notice of Proposed Federal Consent Decree

October 28, 2024

The Department of Environmental Protection (Department) provided a public comment period concerning a proposed federal consent decree that includes the recovery of costs incurred by the Department for cleanup of the Pool Doctor – Beaver Alkali Site.  Notice of the public comment period was published in the *Pennsylvania Bulletin* on August 17, 2024 and in the *Beaver County Times* on August 16, 2024. Written comments were accepted during the comment period from August 17, 2024 through October 16, 2024. The Department has compiled all comments, criticisms, and new data received during the comment period, including those from the following individuals:

Identification Number/Commenter:

1. Lou (identified only by his/her first name in an email sent to the Department on August 19, 2024).


Each comment, the source or sources of the comment as identified by number, and the Department's responses are listed below.

**COMMENT #1**: (Received in writing via email on August 19, 2024)

*So if I understood the Times article, the state paid 3 million, got back 1.3 million from the company that created the mess and that is considered good? Seems they managed to get the state to pay 1.7 million to clean up their mess. Why? (Commenter #1)*

**RESPONSE:**  Arxada was only partially responsible for the waste the Department cleaned up at the site.  Additionally, there were issues concerning Arxada's history with the site and whether its waste was located at the site as a matter of sale or disposal.  Those and other factors led to the Department's settlement for less than its total response costs.  The Department continues in its efforts to gain additional reimbursement from other responsible parties.